**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LORI IRISH,<br><br>                        Plaintiff,<br><br>vs.<br><br>NATIONAL LABOR RELATIONS BOARD,<br><br>                        Defendant. | Case No. 2:10-cv-00892-JCM-PAL<br><br>**ORDER**<br><br>(IFP App - Dkt. #1) |

Plaintiff Lori Irish is proceeding in this action *pro se*, has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis,* and submitted a Complaint (Dkt. #1) on June 10, 2010. This proceeding was referred to this court by Local Rule IB 1-9. Plaintiff has submitted the affidavit required by § 1915(a) showing an inability to prepay fees and costs or give security for them. However, she did not include a signed financial certificate by an authorized officer of the institution in which she is incarcerated, a copy of her inmate trust account statement, or a signed financial affidavit as required by 28 U.S.C. §1915(a)(2) and Local Rule LSR 1-2.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Application to Proceed *In Forma Pauperis* is DENIED WITHOUT PREJUDICE.

2. Plaintiff shall file a new Application to Proceed *in Forma Pauperis*, accompanied by a signed and executed financial certificate, a signed and executed financial affidavit, and a statement of her inmate trust account.

3. The Clerk of the Court shall send Plaintiff a blank application form for incarcerated litigants with instructions.

4. Alternatively, Plaintiff shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars accompanied by a copy of this order.

5. Plaintiff shall have **thirty days** from the date on which this order is entered to comply. Failure to comply will result a recommendation to the District Judge that this case be dismissed for failure to comply with this order.

Dated this 9th day of July, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE