# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LORI IRISH,

          Plaintiff,

vs.

NATIONAL LABOR RELATIONS BOARD,

          Defendant.

Case No. 2:10-cv-00892-JCM-PAL

**ORDER**

(IFP App - Dkt. #3)

      Plaintiff Lori Irish is proceeding in this action *pro se*, has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis,* and submitted a Complaint (Dkt. #1) on June 10, 2010. This proceeding was referred to this court by Local Rule IB 1-9.  Plaintiff submitted the affidavit required by § 1915(a) showing an inability to prepay fees and costs or give security for them. However, she did not include a signed financial certificate by an authorized officer of the institution in which she is incarcerated, a copy of her inmate trust account statement, or a signed financial affidavit as required by 28 U.S.C. §1915(a)(2) and Local Rule LSR 1-2.   In an Order (Dkt. #2) entered July 13, 2010, the court denied Plaintiff's Application to Proceed *In Forma Pauperis* and allowed Plaintiff thirty days in which to submit the required information.

      On July 29, 2010, Plaintiff filed a new Application to Proceed *In Forma Pauperis.*  Because it appears Plaintiff qualifies to proceed *in forma pauperis*, Plaintiff's application will granted.  Plaintiff shall be required to pay an initial filing fee of $48.40.  Furthermore, pursuant to 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act of 1995, Plaintiff shall pay to the Clerk of the United States District Court, District of Nevada, twenty percent of the preceding month's deposits to the prisoner's account  (in months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #3) is GRANTED.
2. Pursuant to 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act of 1995, FCI Waseca shall pay to the Clerk of the United States District Court, District of Nevada, an initial filing fee of $48.40 from Plaintiff's prisoner trust account. Plaintiff shall make the initial filing fee payment on or before **October 15, 2010.**
3. Thereafter, FCI Waseca shall pay to the Clerk of the United States District Court, District of Nevada twenty percent of the preceding month's deposits to Plaintiff's prisoner trust account (in months that the account exceeds ten dollars) until the full $350 filing fee has been paid for this action.
4. The Clerk shall send a copy of this order to the WCI Waseca Accounting Supervisor, PO Box 1731 Waseca, MN 56093.

Dated this 17th day of September, 2010.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE