1
2
3
4
5                    **UNITED STATES DISTRICT COURT**
6                         **DISTRICT OF NEVADA**
7

8    | LORI IRISH, et al., | 2:10-CV-892 JCM (PAL) |
9    |         Plaintiffs, |
10   | v. |
11   | NATIONAL LABOR RELATIONS |
12   | BOARD, et al., |
13   |         Defendants. |
14

15                              **ORDER**

16        Presently before the court is plaintiff's motion for this court to reconsider its prior order

17   dismissing the case and denying plaintiff leave to amend.  (Doc. #23).

18        Motions for reconsideration "should not be granted, absent highly unusual circumstances."

19   *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000).  These circumstances are

20   present where "the district court is presented with newly discovered evidence, committed clear error,

21   or if there is an intervening change in the controlling law."  *Id.*  Plaintiffs' motion fails to persuade

22   this court that any of these circumstances exist in the present case.

23        Plaintiff contends that she was unaware of the local requirement that her motion seeking

24   leave to amend be accompanied by the proposed, amended complaint.  *See* Local Rule 15-1(a).  She

25   has since provided the court with a copy of the proposed amended complaint.  The proposed,

26   amended complaint does not materially differ from the original complaint such that Magistrate Judge

27   Leen's screening order is not equally applicable to the proposed, amended complaint.  As such, the

28

**James C. Mahan**
**U.S. District Judge**

proposed amendments are futile, and denial of the instant motion is appropriate.  *See Foman v. Davis*, 371 U.S. 178, 182 (1962) (explaining that leave to amend should be denied where the amendments are futile).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that plaintiff's motion for reconsideration (doc. #23) be, and the same hereby is, DENIED.

DATED March 19, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**